1 | JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2 | 2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
3 | Telephone: (949) 722-0055
Fax:(949) 722-8416
4 | Email: jackie@jacquelynenguyenlaw.com

5

Attorney for: PLAINTIFF

6

7

8 |                  UNITED STATES DISTRICT COURT

9 |              CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          No.   2: 15 cv 1693

12 |                   Plaintiff,

13 |        vs.                        CONSENT JUDGMENT

14 | MARQUERITE F. COLEFIELD, AKA

15 | MARGUERITE COLEFIELD,

16 |                   Defendant

17 |      Pursuant to the above stipulation of the parties,

18 | Judgment is hereby entered in favor of Plaintiff, United

19 | States Of America, against Defendant, Marquerite F.

20 | Colefield, AKA Marguerite Colefield, in the principal amount

21 | of $2,638.30 plus interest accrued to June 9, 2015, in the

22 | sum of $7,217.81; with interest accruing thereafter at 9%

23 | annually until entry of judgment, administration costs in

24 | the amount of $0.00, for a total amount of $**9,856.11**.

25

26 | DATED: 7/9/15 _____     By: KIRY GRAY, ACTING CLERK OF COURT

27 |                                        Clerk of the Court

28 |                                        Deputy Clerk
                                          United States District Court